MARTIN MALTHANER, Appellant, *v.* THE DELAWARE AND HUDSON COMPANY, Respondent.

*Malthaner* v. *Delaware & Hudson Co.*, 66 App. Div. 616, affirmed.
(Argued May 18, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 2, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*James Lansing* and *George E. Greene* for appellant.

*Lewis E. Carr* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

FRANCIS T. WALTON, Appellant, *v.* PATRICK McMORROW, Respondent.

*Walton* v. *McMorrow*, 63 App. Div. 147, affirmed.
(Argued May 18, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 25, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Maurice Rupp* for appellant.

*William C. Cammann* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.